```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01479
   MARIA F LIMONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6990


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/29/2007 and was confirmed 04/12/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    1547.70             .00        1547.70
COUNTRYWIDE HOME LENDING  NOTICE ONLY    NOT FILED             .00            .00
HITCHCOCK AND ASSOCIATES  PRIORITY       NOT FILED             .00            .00
F&W LLC                   UNSEC W/INTER  NOT FILED             .00            .00
H E STARK AGENCY          UNSEC W/INTER  NOT FILED             .00            .00
HELVEY ASSOCIATION        UNSEC W/INTER  NOT FILED             .00            .00
MEDICAL COLLECTION        UNSEC W/INTER  NOT FILED             .00            .00
METROPOLITAN BANK & TRUS  NOTICE ONLY    NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSEC W/INTER  NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSEC W/INTER  NOT FILED             .00            .00
SEARS                     UNSEC W/INTER  NOT FILED             .00            .00
UN COLL TOL               UNSEC W/INTER  NOT FILED             .00            .00
JORGE LIMONES             NOTICE ONLY    NOT FILED             .00            .00
THOMAS R HITCHCOCK        REIMBURSEMENT      38.50             .00            .00
THOMAS R HITCHCOCK        DEBTOR ATTY     2,500.00                            .00
TOM VAUGHN                TRUSTEE                                         102.30
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,650.00

PRIORITY                                         .00
SECURED                                     1,547.70
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          102.30
DEBTOR REFUND                                    .00
                      ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01479 MARIA F LIMONES
```

```
TOTALS                                     1,650.00               1,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```